UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CAROL STANFORD *on behalf of her minor child, K.B.*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV415-029 |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security Administration*, | ) ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

The Court having reviewed and considered the petition of Paul T. McChesney of the law firm of McChesney & McChesney, 188 Alabama Street, Spartanburg, South Carolina 29302, for permission to appear pro hac vice on behalf of plaintiff Carol Stanford, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Paul T. McChesney as counsel of record for plaintiff Carol Stanford, in this case.

**SO ORDERED** this __1st__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA