FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 13 AM 11:05
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAROL STANFORD, on behalf of )
her minor child, K.B., )
)
Plaintiff, )
)
v. ) CASE NO. CV415-029
)
CAROLYN W. COLVIN, Acting )
Commissioner of the Social )
Security Administration, )
)
Defendant. )

## O R D E R

Before the Court is the Defendant's Unopposed Motion for Remand, which seeks reversal and remand pursuant to sentence 4 of 42 U.S.C. § 405(g). (Doc. 22.) Pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court has the power in Social Security actions to enter a judgment affirming, modifying, or reversing the Commissioner's decision, and remand the case to the commissioner. Upon consideration of the motion and for good cause shown, the decision of the Administrative Law Judge is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence 4 of 42 U.S.C. § 405(g).

Upon remand, the ALJ is **DIRECTED** to evaluate K.B.'s case under Social Security Ruling 13-2p. If necessary, the ALJ shall obtain a consultative psychological examination and offer K.B. an opportunity for a new hearing. Following that

hearing, the ALJ shall issue a new decision. Following remand, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA