FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR -8 PM 1: 55

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| CAROL STANFORD, on bahelf of<br>her minor child, K.B., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. CV415-029 |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social<br>Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

Before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act. (Doc. 25.) In the motion, Plaintiff's Counsel, Paul McChesney, requests attorneys' fees in the amount of $3,376.25 under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), for the representation he and co-counsel Charles Synder provided to Plaintiff. (Id. ¶ 3.) The Government has not opposed Plaintiff's requested award. The Court has carefully considered the motion and finds that Plaintiff meets the requirements for such an award pursuant to the EAJA. See Jean v. Nelson, 863 F.2d 759, 765 (11th Cir. 1988) (holding that to recover attorney's fees "(1) the litigant opposing the United States must be a prevailing party; (2) the government's position must not have been substantially

justified; and (3) there must be no circumstances that make an award against the government unjust"). Accordingly, Plaintiff is **AWARDED** $3,376.25 in attorneys' fees. Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff by a check delivered to Plaintiff's counsel. If Plaintiff does not owe such a debt, the Government will accept the assignment of EAJA fees and remit the fees and costs directly to Plaintiff's attorney.

SO ORDERED this _8th_ day of April 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA